44777. CAMPBELL v. THE STATE.
(360 SE2d 719)

SMITH, Justice.

The appellant, George Campbell, was convicted of murder on September 21, 1983 and his conviction was affirmed in *Campbell v. State*, 253 Ga. 11 (315 SE2d 902) (1984).

The appellant's application for discretionary appeal was granted on April 24, 1987. We were particularly interested in "[w]hether the denial of the appellant's extraordinary motion for new trial was correct . . . ." We find that the trial court correctly denied the motion.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 9, 1987.

George Campbell, *pro se.*
Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney, Michael J. Bowers, Attorney General, for appellee.